# OFFICE OF THE
# CHAPTER 13 STANDING TRUSTEE

7 Southwoods Boulevard,, Albany, New York 12211

| | | |
|---|---|---|
| Andrea E. Celli, Esq.<br>Trustee<br>Bonnie Baker, Esq.<br>Assoc. Attorney | Telephone: (518) 449-2043<br>Facsimile: (518) 449-2473 | For payments Only:<br>P.O Box 1918<br>Memphis, TN  38101-1918 |

October 18, 2010

Bankruptcy Court
James T. Foley U.S. Courthouse
445 Broadway, Suite 306
Albany, New York 12207

Re:    04-17956              Michael & Rosita Mangroo

To Whom It May Concern:

Enclosed please find check #**921992** in the amount of **$.01**. The amount represents an over payment of the plan from the debtor(s) in this case. All attempts to return these funds to the debtor have been unsuccessful. Our records reflect the debtor's name and address is as follows:

Debtor Refund:        Michael & Rosita Mangroo
                      9 Charles Street
                      Schenectady, NY 12306

Very truly yours,

*Cheryl Corning*
Cheryl Corning
Office of Andrea Celli

[Stamp: Rec'd $.01 10/20/10 dc]
[Stamp: 2010 OCT 20 PM 12:44 CLERK OF THE BANKRUPTCY COURT N.D. OF N.Y.]
[Stamp: REC'D & FILED]